IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QAHTAN M. AL-KABASH                                                                                 PLAINTIFF

v.                                          No. 5:10CV00004 JLH

ALI BA SHAAR                                                                                          DEFENDANT

## ORDER

Plaintiff's motion for substitution of counsel is GRANTED. Document #35. The Clerk is directed to substitute Anne Milligan of the Sanford Law Firm, PLLC, as counsel of record for plaintiff. Amber Schubert is withdrawn as attorney of record in this action. Josh Sanford will remain as lead counsel for plaintiff in this action.

IT IS SO ORDERED this 12th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE