IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QAHTAN M. AL-KABASH                                                                                    PLAINTIFF

v.                                                  No. 5:10CV00004 JLH

ALI BA SHAAR                                                                                            DEFENDANT

## ORDER

Plaintiff has filed a motion for voluntary dismissal without prejudice. Counsel for defendant has filed a response stating no objection. The motion is GRANTED. Document #45.

IT IS SO ORDERED this 25th day of May, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE